# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1001(a)** |
| **INDIA POWELL,** | : | **(False Statement)** |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about December 19, 2019 within the District of Columbia and elsewhere, defendant **INDIA POWELL**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that defendant **POWELL** represented she was unaware of the circumstances of her fiancé, James Hutchings Jr's, relationship with Linwood Douglas Thorne, when, in truth, she was familiar with the relationship, and intentionally lied to law enforcement to avoid further scrutiny.

(**False Statements**, in violation of Title 18, United States Code, Section 1001(a))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Gregory Rosen*
GREGORY P. ROSEN
Assistant United States Attorney
VA Bar No. 82584
555 4th Street, N.W.
Washington, DC 20001
(202) 252-6932
Gregory.rosen@usdoj.gov